IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWARD DWAYNE ASHFORD | § | |
| VS. | § | CIVIL ACTION NO.   1:02-CV-598 |
| UNITED STATES OF AMERICA | § | |

FINAL JUDGMENT

This action came on before the court, Honorable Earl S. Hines, United States Magistrate Judge, presiding, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that judgment is entered for the defendant, and plaintiff take nothing.  This lawsuit is **DISMISSED** with prejudice.  All motions by any party not previously ruled on are hereby **DENIED**.

**SIGNED** this   31   day of           July          , 2010.

_____
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE